MICHAEL STREBLER, Respondent, *v.* TITLE GUARANTEE AND TRUST COMPANY, Appellant.

Argued March 2, 1938; decided April 12, 1938.

*Timothy N. Pfeiffer, Edward N. Perkins* and *John M. Friedman* for appellant.

*Grant Hoerner* for respondent.

Judgment modified by deducting therefrom the $248 claimed under the second cause of action, and as so modified affirmed, without costs. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ.; FINCH, J., dissents in part in the following memorandum:

FINCH, J. (dissenting in part). I concur in the modification as to the deduction claimed under the second cause of action, but I vote to reverse and grant a new trial on the ground that the price the certificate would bring in the market is an improper basis for fixing damages. (*Matter of New York Title & Mortgage Co.*, 277 N. Y. 66.)